IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

      Petitioner

          v.

EDWIN ANGEL MORA-RUIZ,

      Respondent

CIVIL NO. 09-1874 (JP)

## FINAL JUDGMENT

Following the Court's entry of an Order of contempt, the parties now inform the Court that they have reached an agreement to resolve the instant action. Pursuant thereto, the Court hereby **ENTERS JUDGMENT** approving the terms of the following agreement:

1.  Respondent Edwin Angel Mora-Ruiz ("Mora") accepts that he owes, in accordance with the investigation of the Internal Revenue Service, for the years 2005 through 2008 the sum $44,477.27, of which $10,000.00 has been paid by check number 2807 dated April 23, 2010, signed by Carmen I. Mora.

2.  Respondent **SHALL** pay the balance thereof in the sum of $34,477.27 in accordance with a payment plan to be determined by the IRS according to its guidelines.

CIVIL NO. 09-1874 (JP)                -2-

    3.    On or before April 26, 2010, Respondent **SHALL** produce to
Revenue Officer Lilliam Santiago tax return forms 1040 PR
for the years 2000 through 2004.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of April, 2010.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PETITIONER      COUNSEL FOR RESPONDENT

_____    _____
AGNES I. CORDERO, ESQ.     JOSEPH LAWS, ESQ.
ASSISTANT U.S. ATTORNEY